**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LUANNE MOODY                                                                                        PLAINTIFF

V.                                    NO. 3:04CV00296-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for calculation of benefits. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 23rd day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE